AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SEIU National Industry Pension Fund, et al.

**SUMMONS IN A CIVIL CASE**

V.

United States Service Industries, Inc.

Case: 1:08-cv-00913
Assigned To : Walton, Reggie B.
Assign. Date : 5/29/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

United States Service Industries, Inc.
The Corporation Trust, Inc., registered agent
300 E. Lombard St.
Baltimore, MD 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard C. Welch
Mooney, Green, Baker & Saindon, P.C.
1920 L St. NW, Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 2 9 2008
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6/3/08 |
| NAME OF SERVER (PRINT) David G. Spry, Jr. | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: The Corporated Trust Inc. 300 E. Lombard, Baltimore, MD 21202

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/4/08
          Date

Signature of Server

C&C Legal Support Services, Inc.
2522 NORTH CALVERT STREET
BALTIMORE, MARYLAND 21218
410-366-9109

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.