**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND, ET. AL | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:08-cv-00913-RBW |
| UNITED STATES SERVICE INDUSTRIES, INC. | ) ) ) | |
| Defendant. | ) ) ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned counsel of record for Defendant United States Service Industries, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Defendant which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

UNITED STATES SERVICE INDUSTRIES, INC.

By: /s/ Charles F. Walters
Charles F. Walters, # 444529

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)
Its Attorneys

Dated: July 3, 2008